| | |
|---|---|
| Vincent Galvin (CA SBN 104448) | Mark P. Robinson, Jr. (CA SBN 054426) |
| vincent.galvin@bowmanandbrooke.com | mrobinson@rcrlaw.net |
| Neil M. Kliebenstein (CA SBN 226060) | Kevin F. Calcagnie (CA SBN 108994) |
| neil.kliebenstein@bowmanandbrooke.com | kcalcagnie@rcrlaw.net |
| Anne O. Hanna (CA SBN 120947) | Scot D. Wilson (CA SBN 223367) |
| anne.hanna@bowmanandbrooke.com | swilson@rcrlaw.net |
| Lindsey R. Adams (CA SBN 260600) | ROBINSON, CALCAGNIE, ROBINSON, |
| lindsey.adams@bowmanandbrooke.com | SHAPIRO, DAVIS, INC. |
| BOWMAN AND BROOKE LLP | 19 Corporate Plaza Drive |
| 1741 Technology Drive, Suite 200 | Newport Beach, CA 92660 |
| San Jose, CA 95110 | Telephone: (949) 720-1288 |
| Telephone No.: (408) 279-5393 | Fax No. (949) 720-1292 |
| Fax No.: (408) 279-5845 | |

Attorneys for Defendants
Toyota Motor Sales, U.S.A., Inc.
Toyota Motor North America, Inc.
Toyota Motor Engineering &
Manufacturing North America, Inc.
and Toyota Motor Corporation

Hunter Shkolnik (Pro Hac Vice)
hunter@napolibern.com
Napoli Bern Ripka Shkolnik LLP
350 Fifth Avenue, Suite 7413
New York, New York 10001
Telephone: 212-267-3700
Fax No: 212-587-0031

Terrence E. McCartney (Pro Hac Vice)
tmccartney@rheingoldlaw.com
Reingold Valet Rheingold Shkolnik &
McCartney
113 E 37th Street
New York, New York 10016-3042
Telephone No.: 212-684-1880

Attorneys for Plaintiff
Janice Feaster

UNITED STATES DISTRICT COURT    JS-6

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | Case No. 8:10ML02151 JVS (FMOx) |
| | Assigned to: Hon. James V. Selna |
| | Discovery: Mag. Fernando M. Olguin |

1

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL (FRCP RULE 41(A)(1)(A)(II))

6039402v1

| | |
|---|---|
| This document relates to: ) | |
| ) | ORDER ON STIPULATION OF |
| CV 8-11-00321-JVS (FMOx) ) | DISMISSAL |
| Janice Feaster v. Toyota Motor Sales ) | |
| U.S.A., Inc., et al. ) | (FRCP Rule 41(a)(1)(A)(ii)) |
| ) | |
| ) | |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice. Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees.

**IT IS SO ORDERED.**

DATED: November 21, 2013

_____
James V. Selna
United States District Judge